# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1214

VERSUS

SHANNON CHARLES FERGUSON                        **MARCH 6, 2023**

---

In Re:   State of Louisiana, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2011-186950.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn()_

DEPUTY CLERK OF COURT
    FOR THE COURT